## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  14-17074 |
| Angel Fiscal | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER DISMISSING CASE FOR UNREASONABLE DELAY AND FAILURE TO MAKE PLAN PAYMENTS

This matter coming on the Trustee's Motion to Dismiss, proper notice given and the court being advised in the premises;

IT IS HEREBY ORDERED:
1.      The above referenced case is dismissed pursuant to 11 U.S.C. Section 1307 (c).

Enter:   *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  July 18, 2014

**Prepared by:**

Glenn Stearns Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
(630-981-3888)