Form ntcdsm

## UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.:  14–17074
Chapter:  13
Judge:  Donald R Cassling

In Re:
Angel Fiscal
3115 Eugene Lane
Aurora, IL 60505

Social Security / Individual Taxpayer ID No.:
xxx–xx–8270

Employer Tax ID / Other nos.:

### NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on July 18, 2014

FOR THE COURT

Dated: July 21, 2014

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court