Form ntcdsm

## UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.:  14−17074
Chapter:  13
Judge:  Donald R Cassling

In Re:
    Angel Fiscal
    3115 Eugene Lane
    Aurora, IL 60505

Social Security / Individual Taxpayer ID No.:
    xxx−xx−8270

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on July 18, 2014

FOR THE COURT

Dated: July 21, 2014

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 14-17074-DRC
Angel Fiscal                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dgomez              Page 1 of 2          Date Rcvd: Jul 21, 2014
                             Form ID: ntcdsm            Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2014.
```
db         +Angel Fiscal,   3115 Eugene Lane,   Aurora, IL 60504-7281
21894707   +Arc,   2915 Professional Parkway,   Augusta, GA 30907-6521
21894712   +Cci,   P O Box 212609 Suite 110,   Augusta, GA 30917-2609
21894714   +Dependon Collection Se,   Po Box 4833,   Oak Brook, IL 60522-4833
21894715   +Devon Financial Servic,   6414 N Western Ave,   Chicago, IL 60645-5422
21894716   +Edfinancial Svcs,   120 N Seven Oaks Dr,   Knoxville, TN 37922-2359
21894717   +Edfl Svcs/Idapp,   120 N Seven Oaks Dr,   Knoxville, TN 37922-2359
21894718   +Fair Collections & Out,   12304 Baltimore Ave Ste,   Beltsville, MD 20705-1314
22057747   +Greco & Sons,   Wolkin Law Group,   235 W. Giaconda Way Suite 217,   Tucson, AZ 85704-4343
21894719   +Illinois Department of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicago, IL 60664-0338
21894723   +Mandy Fitzgerald,   3115 Eugene Lane,   Aurora, IL 60504-7281
21894728   +St. Viator High School,   1213 East Oakton Street,   Arlington Heights, IL 60004-5099
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21894706    EDI: AMEREXPR.COM Jul 22 2014 00:18:00     Amex,   P.O. Box 297871,
             Fort Lauderdale, FL 33329-7871
21894708   +E-mail/Text: RBALTAZAR@ARMORSYS.COM Jul 22 2014 00:37:55     Armor Systems Co,
             1700 Kiefer Dr Ste 1,   Zion, IL 60099-5105
21894710    EDI: BANKAMER.COM Jul 22 2014 00:18:00     Bk Of Amer,   Po Box 982235,   El Paso, TX 79998
22058253   +E-mail/Text: legalcollections@comed.com Jul 22 2014 00:37:49     Commonwealth Edison Company,
             3 Lincoln Center,   Attn: Bankruptcy Department,   Oakbrook Terrace, IL 60181-4204
21894713   +EDI: CMIGROUP.COM Jul 22 2014 00:18:00     Credit Management Lp,   4200 International Pkwy,
             Carrollton, TX 75007-1912
21915934   +EDI: ATTWIREBK.COM Jul 22 2014 00:18:00     Illinois Bell Telephone Company,
             % AT&T Services, Inc,   Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,
             Bedminster, NJ 07921-2693
21894720    EDI: IRS.COM Jul 22 2014 00:18:00     Internal Revenue Service,   P.O. Box 7346,
             Philadelphia, PA 19101-7346
21894721   +E-mail/Text: ISAC.Bankruptcy@ISAC.illinois.gov Jul 22 2014 00:35:47     Isac,
             1755 Lake Cook Rd # K1,   Deerfield, IL 60015-5209
22018488    EDI: NAVIENTFKASMGUAR.COM Jul 22 2014 00:18:00     Navient Solutions Inc. on behalf of USAF,
             Attn: Bankruptcy Litigation Unit E3149,   P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
21894725   +E-mail/Text: electronicbkydocs@nelnet.net Jul 22 2014 00:36:47     Nelnet Loans,
             6420 Southpoint Pkwy,   Jacksonville, FL 32216-0946
21933221   +E-mail/Text: bankruptcy@gopfs.com Jul 22 2014 00:37:52     PRESTIGE FINANCIAL SERVICES,
             PO BOX 26707,   SALT LAKE CITY, UT 84126-0707
21894726   +E-mail/Text: bankruptcy@gopfs.com Jul 22 2014 00:37:52     Prestige Financial Svc,   1420 S 500 W,
             Salt Lake City, UT 84115-5149
21894727   +EDI: NAVIENTFKASMSERV.COM Jul 22 2014 00:18:00     Sallie Mae,   11100 Usa Pkwy,
             Fishers, IN 46037-9203
                                                                                   TOTAL: 13


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21894709    Autumn Tsang,   don't known address,   Email: tsung@yahoo.com
21894711    Cap One
21894722    Ismael Fiscal
21894724    MBF Leasing
21894729   ##+Teller, Levit & Silvertrust, P.C.,   11 East Adams,   Suite 800,   Chicago, IL 60603-6324
                                                               TOTALS: 4, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2014                          Signature:  /s/Joseph Speetjens

District/off: 0752-1          User: dgomez          Page 2 of 2          Date Rcvd: Jul 21, 2014
                             Form ID: ntcdsm        Total Noticed: 25

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2014 at the address(es) listed below:
          David C. Nelson    on behalf of Debtor Angel  Fiscal dcnelson@nelsonlawoffice.com,
           deanna.trejo@nelsonlawoffice.com;NLO6276706ECF@gmail.com
          Glenn B Stearns    mcguckin_m@lisle13.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                          TOTAL: 3